SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
**SAGARIA LAW, P.C.**
2033 Gateway Place, 6th Floor
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH RODRIGUEZ, <br><br> Plaintiff, <br><br> v. <br><br> EQUIFAX, INC.; et. al., <br><br><br><br> Defendants. | Case No.: 5:16-CV-04669-HRL <br><br> NOTICE OF SETTLEMENT WITH DEFENDANT WESTLAKE FINANCIAL SERVICES, INC. |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

    **PLEASE TAKE NOTICE THAT** plaintiff Joseph Rodriguez and defendant Westlake Financial Services, Inc., by and through their respective counsel of record, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement.

Dated:   January 20, 2017

                                                    **Sagaria Law, P.C.**
                                                   /s/ *Elliot Gale*
                                                     Elliot Gale
                                                     Attorneys for Plaintiff